■ ORLANDO STEWART et al., Appellants, v PLAYLAND CENTER, INC., et al., Respondents. DISCOVER GENERAL CONTRACTING CORP., Third-Party Plaintiff, v MOUNT VERNON INTERIORS, INC., Third-Party Defendant-Respondent. (And Another Action.) [778 NYS2d 159]—

Order, Supreme Court, Bronx County (Nelson S. Roman, J.), entered on or about June 4, 2003, which, inter alia, denied plaintiff's motion for summary judgment as to liability upon his Labor Law § 240 (1) claim, unanimously affirmed, without costs.

Plaintiff, while employed as a carpenter at a renovation project, fell from a ladder he was using in framing a wall. While it is clear that the ladder, which had a defective rung, did not provide protection in accordance with Labor Law § 240 (1), the testimony of plaintiff's employer to the effect that shortly before the accident plaintiff had been specifically instructed to use an available scissor lift instead of a ladder to perform his assigned task was sufficient to raise a triable issue as to whether plaintiff was a "recalcitrant worker" (*see Gordon v Eastern Ry. Supply*, 82 NY2d 555, 562 [1993]). Concur—Buckley, P.J., Lerner, Friedman, Marlow and Sweeny, JJ.